ACCEPTED
04-15-00279-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/19/2015 1:44:54 PM
KEITH HOTTLE
CLERK



### ALTERNATIVE DISPUTE RESOLUTION ADDENDUM TO CIVIL DOCKETING STATEMENT
### FOURTH COURT OF APPEALS

Addendum Filing Due Date:  MAY 19, 2015

Court of Appeals No.  04-15-00279-CV

Trial Court Case No.  2011-2202-CV

Trial Court Style:  *Abdul Hamid Nubani, Plaintiff vs. County of Gudalupe, et al., Defendants*

1.  Was this case mediated at the trial court level?  **No**

    2.  If yes, who was the mediator?
    _____

3.  State briefly the type of case and issues on appeal (e.g., breach of contract, divorce, oil and gas):

    **Delinquent Property taxes**
    _____

    4.  Do you believe mediation would be a beneficial tool in the resolution of this appeal?

        **Willing to mediate if ordered by the Court.**

    5.  If your answer to #4 above is no, please explain:
    _____

6.  If this appeal is ordered to mediation, do you have a preferred mediator?  If so, state mediator's name, address, and telephone number:

    **Defendant, County of Guadalupe, does not have a preferred mediator.**
    _____

Signature:  */s/ Matthew Tepper /s/*    Date:  05.19.2015

Type name and TBN:  Matthew Tepper, SBN: 24029008

Attorney of Record for:  County of Guadalupe